# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAMERON MCCARY,** : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-1566 |
| : | |
| **JOSEPH TERRA,** *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 14th day of July, 2025, upon consideration of Plaintiff Cameron McCary's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his Prisoner Trust Fund Account Statement (ECF No. 5), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Cameron McCary, #QP-5201, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to McCary's inmate account; or (b) the average monthly balance in McCary's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in McCary's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to McCary's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

2

    3.       The Clerk of Court is **DIRECTED** to send a copy of this order to the Superintendent of SCI Phoenix.

    4.       The Complaint is **DEEMED** filed.

    5.       The Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

    6.       The Clerk of Court shall **CLOSE** this case.

                             **BY THE COURT:**

                               /s/ John Milton Younge

                               **JOHN M. YOUNGE, J.**